UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                              :
In re Scotts EZ Seed Litigation               :     7:12 –CV-4727 (VB)
                                              :
-------------------------------------------------------X

## THE SCOTTS MIRACLE-GRO COMPANY, INC. AND THE SCOTTS COMPANY LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants The Scotts Miracle-Gro Company, Inc. and The Scotts Company LLC state:

1. The Scotts Company LLC is a wholly owned subsidiary of The Scotts Miracle-Gro Company, Inc.

2. The Scotts Miracle-Gro Company, Inc. is a publicly held corporation. No corporation is a parent of The Scotts Miracle-Gro Company, Inc. and no publicly held corporation owns 10 percent or more of the stock of The Scotts Miracle-Gro Company, Inc.

Dated: July 19, 2012                         HUNTON & WILLIAMS LLP

                                             By:  /s/ Shawn Patrick Regan
                                                  Shawn Patrick Regan
                                                  200 Park Avenue
                                                  New York, New York 10166
                                                  Telephone: (212) 309-1000
                                                  Facsimile: (212) 309-1100
                                                  E-mail: sregan@hunton.com

                                                  *Attorneys for Defendants*
                                                  *The Scotts Miracle-Gro Company, Inc.*
                                                  *and The Scotts Company LLC*

TO: All Counsel of Record

## **DECLARATION OF SERVICE**

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendants The Scotts Miracle-Gro Company, Inc. and The Scotts Company LLC.

On July 19, 2012, I served a true copy of the attached The Scotts Miracle-Gro Company, Inc. and The Scotts Company LLC's Rule 7.1 Disclosure Statement, on all counsel of record, by electronic service via the Court's ECF transmission facilities, and via First Class Mail, to counsel of record at the addresses listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2012.

/s/ Bradford C. Mulder
Bradford C. Mulder

TO:

KING & SPALDING LLP
Christina M. Conroy, Esq.
1185 Avenue of the Americas
New York, New York 10036-4003
Telephone:    (212) 556-2123
Facsimile:    (212) 556-2222
Email: cconroy@kslaw.com
    -and -

S. Stewart Haskins, Esq.
Zachary A. McEntyre, Esq.
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5100

Email: zmcentyre@kslaw.com
*Attorneys for The Home Depot, Inc.*


William Strening, Esq.
True Value Company
8600 West Bryn Mawr Avenue
Chicago, Illinois 60631
Telephone:     (773) 695-5458
Email: william.strening@truevalue.com

*Attorney for True Value Company*