HUNTON & WILLIAMS

HUNTON & WILLIAMS LLP
200 PARK AVENUE
NEW YORK, NEW YORK 10166
TEL 212-309-1000
FAX 212-309-1100

SHAWN PATRICK REGAN
DIRECT DIAL: 212-309-1046
EMAIL: sregan@hunton.com

FILE NO: 54936.030018

May 19, 2014

**BY ELECTRONIC CASE FILING**
Hon. Vincent L. Briccetti, U.S.D.J.
U.S. District Court, Southern District of New York
300 Quarropas Street, Room 630
White Plains, New York 10601

Re: *In re Scotts EZ Seed Litig.*, Case No.: 12-CIV-4727 (VB)

Dear Judge Briccetti:

We represent Defendants in this suit. We write, pursuant to Local Civil Rule 37.2 and your Individual Rule 2.B, to compel production of a declaration submitted in a prior case by Mr. Colin B. Weir, Plaintiffs' proffered damages expert.

As reflected in the Statement of Qualifications Mr. Weir submitted in this case, Mr. Weir previously submitted a declaration on behalf of the Law Offices of Scott A. Bursor, one of the lead interim counsel here, in a suit captioned *Thomas v. Global Vision Prods., Inc.*, Case No. RG03-091195 (Cal. Super. Ct.). (*See* ECF No. 80, Ex. 1 p. 14 of 20.) Plaintiffs' counsel refuses to produce that declaration, or permit Mr. Weir to do so,[1] on the ground that it "contains information designated by the defendant [in *Thomas*] as confidential."[2] To address Plaintiffs' concerns, Defendants suggested that confidential factual information be redacted. Indeed, Plaintiffs' counsel has done just that with other Weir declarations they have produced in this case. Plaintiffs' counsel assert that there is no need to produce this particular declaration because it "does not contain any information that is not readily available from the public records of the *Thomas* trial."[3] We believe this is not a valid basis to refuse production of discoverable material. The declaration itself is not publicly available to our knowledge.

Mr. Weir's deposition is presently scheduled for Wednesday, May 21, 2014. As a result, Defendants respectfully request a teleconference with the Court on May 20, 2014 if possible. I or one of my colleagues can be available at the Court's convenience.

---

[1] Plaintiffs' counsel has accepted service on Mr. Weir's behalf, and has responded to Scotts' Subpoena on his behalf.

[2] May 16, 2014 E-mail from Scott A. Bursor, attached as Exhibit A.

[3] May 19, 2014 E-mail from Scott A. Bursor, attached as Exhibit B.

HUNTON & WILLIAMS



Respectfully submitted,

Shawn Patrick Regan

cc: Scott A. Bursor, Esq.
Antonio Vozzolo, Esq.
Joseph I. Marchese, Esq.
Neal Deckant, Esq.
Courtney Maccarone, Esq.
Samuel A. Danon, Esq.
Shawn Patrick Regan, Esq.
Joshua S. Paster, Esq.
Jason B. Sherry, Esq.

# Exhibit A

**From:** Paster, Joshua
**To:** "Scott A. Bursor"
**Cc:** jmarchese@bursor.com; Anthony Vozzolo (avozzolo@faruqilaw.com); Neal Deckant (ndeckant@bursor.com); Courtney Maccarone (cmaccarone@faruqilaw.com); Danon, Sam; Regan, Shawn; Sherry, Jason B.; Kalb, Josh
**Subject:** RE: In re EZ Seed
**Date:** Friday, May 16, 2014 12:18:00 PM
**Attachments:** image001.png

Scott,

Thank you for your email, but it does not resolve our concerns.

Mr. Weir's 2007 report from *Thomas v. Global Vision Products* was something you commissioned, you produced, and you designated confidential. Thus, you are able to produce it to us with any information designated by the defendant as confidential redacted. Indeed, that is precisely the path Plaintiffs have taken with other Weir reports, such as the one from Ebin that expressly states information was "redacted due to protective order." Insofar as the declaration is only two-pages long, it should not be a major undertaking to apply those redactions and produce to us a redacted report.

- Josh

Joshua Paster
HUNTON & WILLIAMS LLP
Associate
200 Park Avenue
52nd Floor
New York, NY 10166
Phone: (212) 309-1292
Fax: (212) 309-1811
email: JPaster@hunton.com
website: www.hunton.com

**From:** Scott A. Bursor [mailto:scott@bursor.com]
**Sent:** Friday, May 16, 2014 10:52 AM
**To:** Paster, Joshua
**Cc:** jmarchese@bursor.com; Anthony Vozzolo (avozzolo@faruqilaw.com); Neal Deckant (ndeckant@bursor.com); Courtney Maccarone (cmaccarone@faruqilaw.com); Danon, Sam; Regan, Shawn; Sherry, Jason B.; Kalb, Josh; Scott A. Bursor
**Subject:** Re: In re EZ Seed

Josh:

Mr. Weir's 2007 report from Thomas v. Global Vision Products is designated confidential under a protective order in that case because it contains information designated by the defendant as confidential. We are not authorized to disclose it, or to un-designate it. No one in my firm has access to that declaration except for me, and possibly Tim Fisher, since we are the only two lawyers at the firm who worked on that trial in 2007.

In any event, I can tell you that the declaration is only 2 pages long, and it does not contain

any information that is not readily available from the public record of the Thomas trial. Moreover, Mr. Weir's trial testimony is available in its entirety on video at this link. http://vimeo.com/11716764

I trust this resolves any concern you have about Mr. Weir's report from the Thomas case.

--Scott A. Bursor

On Thu, May 15, 2014 at 5:20 PM, Paster, Joshua <JPaster@hunton.com> wrote:
Counsel,

Attached for service, please find an updated notice of deposition and updated subpoena for Mr. Weir.

Joe, per your conversation with Shawn, the deposition will be completed by 2pm. And per our prior communications, you have agreed to accept service on Mr. Weir's behalf.

Further, as to our conversations today, we inquired about production of Mr. Weir's report from *Thomas v. Global Vision Products et al*., Case No. RG03-091195 (Super. Ct. Cal.). You advised that it was withheld because it was marked Confidential-Attorneys' Eyes Only under that case's protective order. I noted that since it was a report that you commissioned and produced, it was your report to disclose subject to any redactions of information produced by opposing parties. You advised that you would inquire with Mr. Bursor, who was more intimately familiar with the matter and get back to me. We ask that you do so quickly in light of the approaching deposition.

Regards,

Josh

Joshua Paster
HUNTON & WILLIAMS LLP
Associate
200 Park Avenue
52nd Floor
New York, NY 10166
Phone: (212) 309-1292
Fax: (212) 309-1811
email: JPaster@hunton.com
website: www.hunton.com

---

**From:** Paster, Joshua
**Sent:** Wednesday, April 30, 2014 3:30 PM
**To:** jmarchese@bursor.com; Scott A. Bursor (scott@bursor.com); Anthony Vozzolo (avozzolo@faruqilaw.com); Neal Deckant (ndeckant@bursor.com); Courtney Maccarone (cmaccarone@faruqilaw.com)
**Cc:** Danon, Sam; Regan, Shawn; Sherry, Jason B.; Kalb, Josh
**Subject:** In re EZ Seed

Counsel,

# Exhibit B

**From:** Scott A. Bursor
**To:** Paster, Joshua
**Cc:** Neal Deckant; Sherry, Jason B.; Courtney Maccarone; Anthony Vozzolo; Haskins, Stewart; McEntyre, Zach; Regan, Shawn; Danon, Sam; Conroy, Christina (CConroy@KSLAW.com); Kalb, Josh; Joseph Marchese; Scott A. Bursor
**Subject:** Re: In re Scotts EZ Seed Litigation: Response to Subpoena Served on Colin B. Weir
**Date:** Monday, May 19, 2014 2:45:50 PM

My prior response was complete. We cannot produce the report because it is designated under a protective order in another case. However, I provided you with a link to a video of Mr. Weir's public trial testimony, http://vimeo.com/11716764, which includes all of the data in the confidential report.

On Mon, May 19, 2014 at 2:37 PM, Paster, Joshua <JPaster@hunton.com> wrote:

Scott,

On Friday, May 16 at 12:19 pm, I responded to your email letting you know we do have a continued issue with your not producing Mr. Weir's declaration from *Thomas v. Global Vision Products*. We never received an answer. As Plaintiffs have produced to us on Mr. Weir's behalf other declarations that are subject to protective orders, with confidential information redacted, in response to the same subpoena, please provide a redacted declaration from *Thomas v. Global Vision Products* by close of business today.

- Josh

Joshua Paster

HUNTON & WILLIAMS LLP

Associate

200 Park Avenue

52nd Floor

New York, NY 10166

Phone: (212) 309-1292

Fax: (212) 309-1811

email: JPaster@hunton.com

website: www.hunton.com

**From:** Neal Deckant [mailto:ndeckant@bursor.com]
**Sent:** Monday, May 19, 2014 11:29 AM
**To:** Sherry, Jason B.; Scott A. Bursor; Courtney Maccarone; Anthony Vozzolo; Haskins, Stewart; McEntyre, Zach; Regan, Shawn; Danon, Sam; Conroy, Christina (CConroy@KSLAW.com); Kalb, Josh; Paster, Joshua; Joseph Marchese
**Subject:** In re Scotts EZ Seed Litigation: Response to Subpoena Served on Colin B. Weir

Jason,

Per your request, I am forwarding the email that I sent to Colin Weir on May 16, 2014, along with attachments.

Additionally, if you have a continued issue with Mr. Weir's declaration from *Thomas v. Global Vision Products*, then you will need to take it up with Scott Bursor, as he (and possibly Tim Fisher) are the only attorneys at our firm who worked on that trial and who have access to that document.

Regards,
Neal

---------- Forwarded message ----------
From: **Neal Deckant** <ndeckant@bursor.com>
Date: Fri, May 16, 2014 at 11:42 AM
Subject: In re Scotts EZ Seed Litigation
To: Colin Weir <cweir@econtech.com>

Mr. Weir,

Here are the documents you requested.

Regards,
Neal

--
Neal J. Deckant
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
646-837-7165 (tel)
212-989-9163 (fax)