UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
In re Scotts EZ Seed Litigation           :   12-CV-4727 (VB)
                                          :
                                          :
                                          :
                                          :
------------------------------------------X

### SUPPLEMENTAL DECLARATION OF LISA TAUBLER IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE PARAGRAPH 15 OF THE DECLARATION OF LISA TAUBLER

Lisa Taubler, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am over 18 years of age. I make this Supplemental Declaration in support of The Scotts Company LLC's and The Scotts Miracle-Gro Company's (collectively, "Scotts") opposition to Plaintiffs' motion to strike paragraph 15 of the declaration of Lisa Taubler.

2. During my tenure as the Manager of Consumer Services at Scotts, a position that I have held for approximately sixteen years, I have developed a thorough understanding and personal knowledge of the ePowerCenter system and the processes for recording and maintaining data relating to consumer contacts.

3. [redacted]

4. [redacted]

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■

5. The ePowerCenter system is designed to be able to identify and follow trends.

6. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

7. The reason code that is titled "Lack of Seed Germination Complaint" is a "complaint."

8. The reason code that is titled "Where Can I Buy Inquiry" is an "inquiry."

9. The reason code that is titled "Make Product in a Smaller Size Suggestion" is a "suggestion."

10. The reason code that is titled "Product Worked Better Plant Grew Better Than Expected" is an example of "praise."

11. I have re-reviewed the native Excel document that was bates stamped SMG-EZ131299 and was the basis for my testimony in paragraphs 13, 14, and 15 of my original Declaration ("Declaration of Lisa Taubler," ECF No. 104). I recognized then, and now recognize, the document as a report that was generated by the ePowerCenter system. The data that appears in the report is within the range that I would expect.

12. I have reviewed Exhibits BB, CC, and TT that Plaintiffs attached to the Declaration of Joseph I. Marchese in support of Plaintiffs' Motion for Class Certification. I recognize the data that appears in each exhibit as data that was produced by the ePowerCenter database and system.

13. I have personal knowledge relating to the processes by which the 776 "praise" comments that relate to EZ Seed, and were cited in my original Declaration, were coded.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 10, 2014.

                                                                                                        _____
                                                                                                        Lisa Taubler

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 11, 2014, I served a copy of the foregoing, on all counsel of record at the addresses listed below, by filing same with the Court's CM/ECF system.

/s/Shawn Patrick Regan
Shawn Patrick Regan

TO:

Scott A. Bursor, Esq.
Joseph I. Marchese, Esq.
Neal Deckant
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Telephone: (212) 989-9113
Email: scott@bursor.com
 jmarchese@bursor.com
 ndeckant@bursor.com

-and –

Antonio Vozzolo, Esq.
Christopher Marlborough, Esq.
Courtney E. MacCarone, Esq.
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: (212) 983-9330
Email: avozzolo@faruqilaw.com
 cmarlborough@faruqilaw.com
 maccarone@faruqilaw.com

*Attorneys for Plaintiffs*