Briccetti, J.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                      :
In re Scotts EZ Seed Litigation                       :
                                                      :
                                                      :     12-CV-4727 (VB)
                                                      :
                                                      :     ~~MARCH 16, 2015~~
                                                      :     STIPULATION OF
- - - - - - - - - - - - - - - - - - - - - - - - - - - X     PARTIAL DISMISSAL

Plaintiffs Michael Arcuri, David A. Browne, Gwen Eskinazi, Stacy D. Lonardo, Lance

Moore, Vance Smith and Nancy Thomas (collectively "Plaintiffs") and Defendant Lowe's Home

Centers, LLC ("Lowe's", and together with Plaintiffs, the "Parties"), by and through their

respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 26, 2015, the Court certified classes of New York and California

purchasers of Scotts Turf Builder EZ Seed® against Defendants The Scotts Miracle-Gro

Company and The Scotts Company LLC;

WHEREAS, the Court noted in its January 26, 2015 Memorandum Decision that

"[Lowe's] remains a defendant, but plaintiffs do not currently seek any relief against Lowe's";

WHEREAS, on February 17, 2015, Plaintiffs served three Requests for Production on

Lowe's, seeking customer identifying information for purchasers of Scotts Turf Builder EZ

Seed® in New York and California;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned

counsel for the Parties as follows:

1.      Plaintiffs' claims against Lowe's are hereby dismissed without prejudice, subject

to the following terms.

2.      The statute of limitations for any and all claims or causes of action, if any, by

Plaintiffs and members of the putative class against Lowe's relating to the subject of this lawsuit

or the sale of EZ Seed shall be tolled from the filing date of this lawsuit until the date this matter is resolved.

3.    Lowe's will produce class member identifying information within its possession, custody, or control, which is located after a reasonably diligent search, to Class Counsel. Lowe's will endeavor to complete its production, and will substantially complete its production, of class member identifying information by March 16, 2015. To the extent customer identifying information within Lowe's possession, custody, or control cannot practicably be produced on March 16, 2015, and is located after a reasonably diligent search, Lowe's will produce such information as soon as possible thereafter, but not later than March 20, 2015.

4.    Lowe's will preserve and will not destroy information concerning its sales of Scotts Turf Builder EZ Seed® and other combination or ordinary grass seed products in New York and California, and will provide updated sales figures to Class Counsel within 45 days of the date of this stipulation. Lowe's obligation to preserve this information shall expire 60 days after this matter is resolved.

FARUQI & FARUQI, LLP

By: _____
    Antonio Vozzolo
    Faruqi & Faruqi LLP
    369 Lexington Avenue
    New York, New York 10017
    (212) 983-9330
    avozzolo@faruqilaw.com

    - and -

    Scott A. Bursor
    Joseph I. Marchese
    Bursor & Fisher, P.A.
    888 Seventh Avenue
    New York, New York 10019
    (646) 837-7150
    scott@bursor.com
    jmarchese@bursor.com

*Attorneys for Plaintiffs*

HUNTON & WILLIAMS LLP

By: _____
    Shawn Patrick Regan
    Joshua S. Paster
    200 Park Avenue
    New York, New York 10166
    (212) 309-1000
    sregan@hunton.com
    jpaster@hunton.com

    - and -

    Samuel A. Danon
    (admitted *pro hac vice*)
    Jason Sherry
    1111 Brickell Avenue, Suite 2500
    Miami, Florida 33131
    (305) 810-2500
    sdanon@hunton.com
    jsherry@hunton.com

*Attorneys for Defendant*
*The Scotts Miracle-Gro*
*Company, The Scotts*
*Company LLC, and*
*Lowe's Home Centers, LLC*
*f/k/a Lowe's Home Centers, Inc.*

SO ORDERED this __13th__ day of March, 2015.

_____

HON. VINCENT L. BRICCETTI