## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Scotts EZ Seed Litigation | Civil Action No. 12-CV-4727 (VB)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT ON COUNTS VIII AND IX** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, upon the Declaration of Joseph I. Marchese, the Declaration of Colin Weir, the Declaration of Douglas Karcher, the Local Rule 56.1 Statement, the exhibits attached thereto, and the accompanying Memorandum of Law, plaintiffs Michael Arcuri, Gwen Eskinazi, Stacy Lonardo, Lance Moore, and Nancy Thomas hereby move before the Honorable Vincent L. Briccetti for an Order, pursuant to Rule 56, granting summary judgment on Count VIII (New York's GBL § 349) and Count IX (GBL § 350), and entry of judgment for statutory damages pursuant to GBL §§ 349(h) and 350-E(3).

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's April 29, 2016 Scheduling Order, Defendant's opposition to this motion, if any, must be served on or before September 1, 2016, and Plaintiffs' reply in further support of this motion must be served on or before October 13, 2016.  Plaintiffs hereby request oral argument on the instant motion.

Dated:  June 30, 2016

                    Respectfully submitted,

                    By:     */s/ Scott A. Bursor*
                          Scott A. Bursor

**BURSOR & FISHER, P.A.**
Scott A. Bursor
Joseph I. Marchese
888 Seventh Ave
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  scott@bursor.com
         jmarchese@bursor.com

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
Timothy J. Peter
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone:  (212) 983-9330
Facsimile:  (212) 983-9331
Email:  nfaruqi@faruqilaw.com
         tpeter@faruqilaw.com

*Class Counsel*