UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
:
In re Scotts EZ Seed Litigation    :    12-CV-4727 (VB)
:
:
:
:
:
-------------------------------X

# NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support, and the Omnibus Declarations of Shawn Patrick Regan, with Exhibits 1-150, Defendants The Scotts Miracle-Gro Company and The Scotts Company LLC (collectively "Scotts") will move this Court before the Honorable Vincent L. Briccetti, for an Order to Strike Plaintiffs' Local Rule 56.1 Statement and such other relief as the Court may deem just and proper.

Dated: September 1, 2016
    New York, New York

Respectfully submitted,

By:   /s/ Shawn Patrick Regan
    Shawn Patrick Regan
    Joshua S. Paster
    HUNTON & WILLIAMS LLP
    200 Park Avenue
    New York, New York 10166
    Telephone: (212) 309-1000
    Facsimile: (212) 309-1100
    Email: sregan@hunton.com
    Email: jpaster@hunton.com

- and -

Samuel A. Danon (*pro hac vice*)
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
Email: sdanon@hunton.com

- and -

Joshua M. Kalb (*pro hac vice*)
HUNTON & WILLIAMS LLP
600 Peachtree Street NE, Suite 4100
Atlanta, Georgia 30307
Telephone: (404) 888-4000
Facsimile: (404) 602-9077
Email: jkalb@hunton.com

-and-

Neil K. Gilman (*pro hac vice*)
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1674
Facsimile: (202) 862-3629
Email: ngilman@hunton.com

*Counsel for Defendants The Scotts Miracle-Gro Company and The Scotts Company LLC*

TO:   Scott A. Bursor, Esq.
Joseph L. Marchese, Esq.
Neal Deckant, Esq.
Yitzchak Kopel, Esq.
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
Email:  scott@bursor.com
        jmarchese@bursor.com
        ndeckant@bursor.com
        ykopel@bursor.com

Adam Richard Gonnelli, Esq.
Nadeem Faruqi, Esq.
Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone:  (212) 983-9330
Fax: (212) 983-9331
Email:  agonnelli@faruqilaw.com
        nfaruqi@faruqilaw.com

Timothy Peters, Esq.
Faruqi & Faruqi, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA  19046
Telephone: (215) 277-5770
Fax: (215) 277-5771
Email:   tpeters@faruqilaw.com

Antonio Vozzolo, Esq.
Vozzolo LLC
Email: avozzolo@vozzolo.com