UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Scotts EZ Seed Litigation | Civil Action No. 12-cv-4727 (VB) |

**REPLY DECLARATION OF J. MICHAEL DENNIS, PH.D.**

[SEALED PURSUANT TO THE COURT'S PROTECTIVE ORDER DATED MARCH 7, 2014]