UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                              :
In re Scotts EZ Seed Litigation                               :       12-CV-4727 (VB)
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**DEFENDANTS' STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1, DATED JUNE 30, 2016, FOR DEFENDANTS' MOTION <u>FOR SUMMARY JUDGMENT HAS BEEN FILED UNDER SEAL</u>**