UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Scotts EZ Seed Litigation

Case No. 12-cv-4727-VB

Declaration

of

**COLIN B. WEIR**

October 20, 2016

[SEALED PURSUANT TO THE COURT'S PROTECTIVE ORDER DATED MARCH 7, 2014]