**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Scotts EZ Seed Litigation | Civil Action No. 12-CV-4727 (VB) |

**PLAINTIFFS' STATEMENT OF MATERIAL FACTS PURSUANT TO
LOCAL RULE 56.1**

Dated: June 30, 2016

**BURSOR & FISHER, P.A.**
Scott A. Bursor
Joseph I. Marchese
888 Seventh Ave
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: scott@bursor.com
jmarchese@bursor.com


**FARUQI & FARUQI, LLP**
Nadeem Faruqi
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: nfaruqi@faruqilaw.com

*Class Counsel*

[SEALED PURSUANT TO THE COURT'S PROTECTIVE ORDER DATED MARCH 7, 2014]