**THE FOLLOWING EXHIBITS CITED WITHIN OMNIBUS DECLARATION OF SHAWN PATRICK REGAN, ESQ. DATED SEPTEMBER 1, 2016 IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND TO STRIKE EXPERT WITNESSES AND TESTIMONY HAVE BEEN FILED UNDER SEAL:**

**DEFENDANTS' EXHIBITS 104 - 109;**

**DEFENDANTS' EXHIBIT 111;**

**DEFENDANTS' EXHIBITS 117 – 119;**

**DEFENDANTS' EXHIBITS 121 – 122;**

**DEFENDANTS' EXHIBITS 126 – 127;**

**DEFENDANTS' EXHIBITS 129 – 130;**

**DEFENDANTS' EXHIBITS 135 – 136;**

**DEFENDANTS' EXHIBITS 143 – 144;**

**DEFENDANTS' EXHIBITS 147 - 149**