UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
:
In re Scotts EZ Seed Litigation : 12-CV-4727 (VB)
:
:
:
:
:
------------------------------X

**DEFENDANTS' COUNTER STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1, DATED OCTOBER 20, 2016, HAS BEEN FILED UNDER SEAL**