UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                :
In re Scotts EZ Seed Litigation                 :    12-CV-4727 (VB)
                                                :
                                                :
                                                :
                                                :
                                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all prior pleadings and proceedings had herein, Defendants The Scotts Miracle-Gro Company and The Scotts Company LLC hereby move this Court for an order reconsidering its August 7, 2017 Opinion and Order to: (i) find safe harbor bars plaintiffs' California express warranty and unjust enrichment claims (ii) exclude Dennis's CVM, and (iii) accept Dr. David's difference-in-difference analysis.

| | |
|---|---|
| Dated: August 17 2017<br>New York, New York | By: /s/ Shawn Patrick Regan<br>Shawn Patrick Regan<br>Joshua S. Paster<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 309-1000<br>Facsimile: (212) 309-1100<br>Email: sregan@hunton.com<br>Email: jpaster@hunton.com<br><br>- and -<br><br>Samuel A. Danon (*pro hac vice*)<br>HUNTON & WILLIAMS LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, Florida 33131<br>Telephone: (305) 810-2500<br>Facsimile: (305) 810-2460<br>Email: sdanon@hunton.com |

- and -

Joshua M. Kalb (*pro hac vice*)
HUNTON & WILLIAMS LLP
600 Peachtree Street NE, Suite 4100
Atlanta, Georgia 30307
Telephone: (404) 888-4000
Facsimile: (404) 602-9077
Email: jkalb@hunton.com

-and-

Neil K. Gilman (*pro hac vice*)
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1674
Facsimile: (202) 862-3629
Email: ngilman@hunton.com

*Counsel for Defendants The Scotts Miracle-Gro Company and The Scotts Company LLC*

To:

Scott A. Bursor, Esq.
Joseph L. Marchese, Esq.
Neal Deckant, Esq.
Yitzchak Kopel, Esq.
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
Email: scott@bursor.com
jmarchese@bursor.com
ndeckant@bursor.com
ykopel@bursor.com

Nadeem Faruqi, Esq.
Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Fax: (212) 983-9331
Email: nfaruqi@faruqilaw.com

-3-

Timothy Peters, Esq.
Faruqi & Faruqi, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: (215) 277-5770
Fax: (215) 277-5771
Email: tpeters@faruqilaw.com

Antonio Vozzolo, Esq.
Vozzolo LLC
Email: avozzolo@vozzolo.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2017, I served a copy of the foregoing, on all counsel of record at the addresses listed below, by filing with the Court's CM/ECF system.

                                              /s/ Shawn Patrick Regan
                                              Shawn Patrick Regan

Scott A. Bursor, Esq.
Joseph L. Marchese, Esq.
Neal Deckant, Esq.
Yitzchak Kopel, Esq.
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
Email: scott@bursor.com
jmarchese@bursor.com
ndeckant@bursor.com
ykopel@bursor.com

Nadeem Faruqi, Esq.
Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Fax: (212) 983-9331
Email: nfaruqi@faruqilaw.com

Timothy Peters, Esq.
Faruqi & Faruqi, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: (215) 277-5770
Fax: (215) 277-5771
Email: tpeters@faruqilaw.com

Antonio Vozzolo, Esq.
Vozzolo LLC
Email: avozzolo@vozzolo.com