UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Scotts EZ Seed Litigation | Civil Action No. 12-cv-04727-VB |

### NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE AWARDS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 19, 2018 at 9:30 a.m. before the Honorable Vincent L. Briccetti, United States District Judge for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, Plaintifs Michael Arcuri, David Browne, Gwen Eskinazi, Stacy Lonardo, Lance Moore, Vance Smith, and Nancy Thomas ("Plaintiffs"), by and through Class Counsel, will move and hereby does move for an order (1) approving the payment of attorneys' fees, costs, and expenses in the amount of $9,700,000, (2) granting Plaintiffs incentive awards of $10,000 each in recognition of their efforts on behalf of the class, and (3) awarding such other and further relief as the Court deems reasonable and just.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon the accompanying memorandum of law in support, the Declarations of Michael Arcuri, David Browne, Gwen Eskinazi, Stacy Lonardo, Lance Moore, Vance Smith, and Nancy Thomas, the Declaration of Joseph I. Marchese, the Declaration of Timothy J. Peter, and the Declaration of Antonio Vozzolo, together with all of the exhibits annexed thereto.

Dated:  October 5, 2018                    Respectfully submitted,

                                           **BURSOR & FISHER, P.A.**

                                           By: /s/ Joseph I. Marchese
                                                  Joseph I. Marchese

                                           Scott A. Bursor
                                           Joseph I. Marchese
                                           888 Seventh Avenue

New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: scott@bursor.com
          jmarchese@bursor.com

-and-

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
Timothy J. Peter
685 Third Avenue, 26th Floor
New York, New York 10017
Telephone:  (212) 983-9330
Facsimile:  (212) 983-9331
Email: nfaruqi@faruqilaw.com
          tpeter@faruqilaw.com

*Co-Class Counsel*

**VOZZOLO LLC**
Antonio Vozzolo
345 Route 17 South
Upper Saddle River, New Jersey 07458
Telephone: (201) 630-8820
Facsimile:  (201) 604-8400
Email: avozzolo@vozzolo.com

*Additional Counsel for Plaintiffs*