UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Scotts EZ Seed Litigation | Civil Action No. 12-cv-4727 (VB) |
|---|---|

## DECLARATION OF MARK GULLICKSON TO WITHDRAW MY OBJECTION

I, Mark Gullickson, declare as follows:

1. I am an adult over the age of 18 and a resident of the State of California. I filed an objection to the proposed class action settlement in this lawsuit (Doc. # 361) (the "Objection"). I make this Declaration to withdraw my Objection. The statements made in this Declaration are based on my personal knowledge, and I could and would testify thereto.

2. After submitting my Objection, I was contacted by Joe Marchese, an attorney for Class Counsel at Bursor & Fisher, P.A. I spoke with Mr. Marchese by telephone and exchanged e-mails with him concerning my Objection.

3. Having now conferred with Mr. Marchese by telephone and e-mail, and having further considered the terms of the proposed class action settlement, I believe that the proposed settlement is fair and reasonable, and is a good deal for class members. As such, I hereby withdraw my Objection.

4. I have not received, and will not receive, any money or other consideration for withdrawing my Objection.

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 12, 2018 at Laguna Niguel, California.

*/s/ Mark Gullickson*
Mark Gullickson